Eastern District of Kentucky
FILED
MAY 15 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) V. ) ) WILLARD C. RANKIN, et al., ) ) Defendants. ) | Civil Action No. 5: 18-458-DCR  **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Attorney Joyce A. Merritt has been appointed to serve as warning order attorney for Defendant Unknown Heirs and Unknown Spouses of Unknown Heirs of Helen M. Rankin and has filed her report. [Record No. 21] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The Warning Order Report is hereby **ACCEPTED**, and Attorney Merritt's motion for an award of fees [Record No. 21] is **GRANTED**.

2. Attorney Merritt is relieved of any further duties as warning order attorney in this action. It is further **ORDERED** that she be allowed an attorney fee of $200.00 and costs in the amount of $129.30.

Dated: May 15, 2019.

Judge Danny C. Reeves
United States District Court